UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELLA ELIZABETH MARTINEZ,

Plaintiffs,

v.

CINDY BLACK, et al.,

Defendants.

Case No. 20-cv-08631-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 7/16/2021 at 3:00 PM.
Counsel *must* file a joint case management statement by: 7/9/2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/17/2021.

DESIGNATION OF EXPERTS: 1/14/2022; REBUTTAL: 2/16/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/30/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 6/24/2022;
    Opp. Due: 7/8/2022; Reply Due: 7/15/2022;
    and set for hearing no later than 7/29/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 8/16/2022.
PRETRIAL CONFERENCE DATE: 8/30/2022 at 3:30 PM.

JURY TRIAL DATE: 9/12/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

     **IT IS SO ORDERED**.

Dated: March 12, 2021

_____
SUSAN ILLSTON
United States District Judge