UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA ELIZABETH MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>Defendants. | Case No. 23-cv-04247-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Susan Illston for consideration of whether the case is related to 20-cv-8631.

**IT IS SO ORDERED.**

Dated: September 6, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge